```
1  SHARI RUSK, Bar. No. 170313
   Attorney at Law
2  1710 Broadway, # 111
   Sacramento, California  95818
3  Telephone: (916) 804-8656
```



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. MAG.09-206 KJM |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) CONTINUING PRELIMINARY HEARING |
| v. | ) |
| | ) Date:  December 14, 2009 |
| JIMMIE DESHONE GRIFFEN, | ) Time:  2:00 p.m. |
| | ) Judge: Hon. Dale A. Drozd |
| Defendant. | ) |

　　　The parties to this action, defendant Jimmie Deshone Griffen and plaintiff United States of America, hereby stipulate through their respective attorneys to continue the preliminary hearing scheduled for November 30, 2009, to December 14, 2009, at 2:00 p.m.

　　　The parties are working toward reaching a pre-indictment resolution of the pending charges.  The parties further agree that the above reason constitutes good cause to extend the time for preliminary hearing under Federal Rule of Criminal Procedure 5.1, and that the time within which the indictment must be filed should be

1

1  extended to December 14, 2009, pursuant to the Speedy Trial Act, 18
2  U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above.

                                  Respectfully submitted,

Dated: November 20, 2009          /s/ Shari Rusk
                                  Attoreny for Defendant
                                  Jimmie Deshone Griffen


                                  /s/ Todd Leras
                                  Assistant United States Attorney




**ORDER**

Based on the stipulation of the parties and good cause being shown, the preliminary hearing in this matter is continued to December 14, 2009, at 2:00 p.m. Time is excluded under the Speedy Trial Act pursuant to the reason stated in the stipulation of the parties.

Dated: 11/20/09

                                  _____
                                  Hon. Dale A. Drozd
                                  United States Magistrate Judge