1  SHARI RUSK, Bar. No. 170313
   Attorney at Law
2  1710 Broadway, # 111
   Sacramento, California  95818
3  Telephone: (916) 804-8656

4

5

6

7                IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,       )  CASE NO. 09-206 KJM
                                   )
11              Plaintiff,         )  STIPULATION AND ORDER
                                   )  CONTINUING PRELIMINARY HEARING
12 v.                              )
                                   )  Date:   January 25, 2010
13 JIMMIE DESHONE GRIFFEN,         )  Time:   2:00 p.m.
                                   )  Judge:  Hon. Dale A. Drozd
14              Defendant.         )
                                   )
15                                 )
                                   )
16                                 )
                                   )
17                                 )
                                   )
18

19

20      The parties to this action, defendant Jimmie Deshone Griffen and
21 plaintiff United States of America, hereby stipulate through their
22 respective attorneys to continue the preliminary hearing scheduled
23 for December 143 2009, to January 25, 2010, at 2:00 p.m.
24      The parties are working toward reaching a pre-indictment
25 resolution of the pending charges.  The parties further agree that
26 the above reason constitutes good cause to extend the time for
27 preliminary hearing under Federal Rule of Criminal Procedure 5.1, and
28 that the time within which the indictment must be filed should be

                                   1

extended to November 2, 2009, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above.

Respectfully submitted,

Dated: December 13, 2009   /s/ Shari Rusk
                            Attorney for Defendant
                            Jimmie Deshone Griffen

                            /s/ Todd Leras
                            Assistant United States Attorney

**ORDER**

Based on the stipulation of the parties and good cause being shown, the preliminary hearing in this matter is continued to January 25, 2010, at 2:00 p.m. Time is excluded under the Speedy Trial Act pursuant to the reason stated in the stipulation of the parties.

Dated: December 14, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2