```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  TODD D. LERAS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2918
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )
                                 )  Mag. 09-0206 KJM
12            Plaintiff,         )
                                 )  STIPULATION AND
13                               )  ORDER CONTINUING PRELIMINARY
        v.                       )  HEARING
14                               )
    JIMMIE DESHONE GRIFFEN,      )
15                               )
              Defendant.         )
16  _____)
17
```

18      IT IS HEREBY STIPULATED between Plaintiff United States of
19 America, by and through Assistant United States Attorney Todd D.
20 Leras, and Attorney Shari Rusk, Counsel for Defendant Jimmie
21 Griffen, that the preliminary hearing scheduled for January 25,
22 2010, be continued to February 17, 2010, at 2:00 p.m.
23 Defendant and the government are discussing possible pre-
24 indictment resolution of this matter.  Defense counsel has
25 requested additional discovery which she believes will assist
26 with potential early resolution.  In light of the settlement
27 discussions, both parties are requesting additional time for
28 attorney preparation.

1

1  The government and defendant agree that the settlement
2  discussions constitute good cause to extend the time for
3  preliminary hearing under Federal Rules of Criminal Procedure and
4  5.1(d), as well as under the Speedy Trial Act, 18 U.S.C.
5  § 3161(h)(7)(B)(iv).  This exclusion of time includes the period
6  up to and including February 17, 2010.
7  Shari Rusk agrees to this request and has authorized
8  Assistant United States Attorney Todd D. Leras to sign this
9  stipulation on her behalf.

11  DATED: January 22, 2010     By: /s/ Todd D. Leras
                                    TODD D. LERAS
12                                  Assistant U.S. Attorney

14  DATED: January 22, 2010     By: /s/ Todd D. Leras for
                                    SHARI RUSK
15                                  Attorney for Defendant
                                    JIMMIE DESHONE GRIFFEN

**IT IS HEREBY ORDERED:**

1. The preliminary hearing set for January 25, 2010, is continued to February 17, 2010, at 2:00 p.m.

2. Based on the stipulations and representations of the parties, the Court finds good cause to extend the time for the preliminary hearing, and time is excluded up to and including February 17, 2010. (18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare)).

IT IS SO ORDERED.

Date: January 22, 2010.

_____
U.S. MAGISTRATE JUDGE