

FILED
JAN 14 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

1  SHARI RUSK, Bar. No. 170313
   Attorney at Law
2  1710 Broadway, # 111
   Sacramento, California  95818
3  Telephone: (916) 804-8656

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 08-cr-0197-GEB |
| Plaintiff, | STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING |
| v. | Date:  January 14, 2011 |
| JIMMIE DESHONE GRIFFEN, et.al. | Time:  2:00 p.m. |
| Defendants. | Judge: Hon. Dale A. Drozd |

Defendant Jimmie Deshone Griffen, his undersigned counsel and plaintiff, United States of America, hereby stipulate through their respective attorneys to continue the arraignment on the indictment scheduled for January 14, 2011, to March 11, 2011, at 2:00 p.m.

The parties have been working toward reaching a pre-indictment resolution of the pending charges. It now appears that the defendants will be indicted. Mr. Griffen is in Michigan. The government and Mr. Griffen continue to work toward a resolution and the defense is engaged in on going investigation. The parties

1

1  further agree that the above reason constitutes good cause to extend
2  the time for arraignment on the Indictment until March 11, 2011.
3  Time should be excluded pursuant to the Speedy Trial Act, 18 U.S.C. §
4  3161(h)(7)(A) and (B)(iv), for the reasons stated above.

Respectfully submitted,

Dated: January 11, 2011         /s/ Shari Rusk
                                Attorney for Defendant
                                Jimmie Deshone Griffen


                                /s/ Todd Leras
                                Assistant United States Attorney


**ORDER**

Based on the stipulation of the parties and good cause being shown, the arraignment on the Indictment in this matter for Jimmie Deshone Griffen is continued to March 11, 2011, at 2:00 p.m., before Magistrate Judge Edmund F. Brennan. Time is excluded under the Speedy Trial Act pursuant to the reason stated in the stipulation of the parties.

Dated: 1/14/11

                                Hon. Dale A. Drozd
                                United States Magistrate Judge

2