1  SHARI RUSK, Bar. No. 170313
   Attorney at Law
2  1710 Broadway, # 111
   Sacramento, California  95818
3  Telephone: (916) 804-8656

4

5

6

7              IN THE UNITED STATES DISTRICT COURT

8          FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,      )  CASE NO. 2:08-cr-0197 GEB
                                  )
11              Plaintiff,        )  STIPULATION AND ORDER
                                  )  CONTINUING PRELIMINARY HEARING
12 v.                             )
                                  )  Date:   April 22, 2011
13 JIMMIE DESHONE GRIFFEN,et al., )  Time:   2:00 p.m.
                                  )  Judge:  Hon. Kendall J. Newman
14              Defendants.       )
                                  )
15                                )
                                  )
16                                )
                                  )
17                                )
                                  )
18 _____

19

20      Defendant Jimmie Deshone Griffen, his undersigned counsel and

21 plaintiff, United States of America, hereby stipulate through their

22 respective attorneys to continue the arraignment on the indictment

23 scheduled for March 11, 2011, to April 22, 2011, at 2:00 p.m.

24      The parties have been working toward reaching a pre-indictment

25 resolution of the pending charges.  It now appears that the

26 defendants will be indicted.  Mr. Griffen is in Michigan.  The

27 government and Mr. Griffen continue to work toward a resolution and

28 the defense is engaged in on going investigation.  The parties

                                  1

further agree that the above reason constitutes good cause to extend the time for arraignment on the Indictment until April 22, 2011. Time should be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above.

Respectfully submitted,

Dated: March 9, 2011          /s/ Shari Rusk
                              Attoreny for Defendant
                              Jimmie Deshone Griffen


                              /s/ Todd Leras
                              Assistant United States Attorney


**ORDER**

Based on the stipulation of the parties and good cause being shown, the arraignment on the Indictment in this matter is continued to April 22, 2011, at 2:00 p.m.  Time is excluded under the Speedy Trial Act pursuant to the reason stated in the stipulation of the parties.

Dated: March 9, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2