1  SHARI RUSK, Bar. No. 170313
   Attorney at Law
2  P.O. Box 188945
   Sacramento, California  95818
3  Telephone: (916) 804-8656

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 08-197 GEB |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING |
| v. | ) ) | Date:  May 27, 2011 |
| JIMMIE DESHONE GRIFFEN,et.al. | ) ) | Time:  2:00 p.m. Judge: Hon. Gregory Hollows |
| Defendants. | ) | |

Defendant Jimmie Deshone Griffen, his undersigned counsel and plaintiff, United States of America, hereby stipulate through their respective attorneys to continue the arraignment on the indictment scheduled for April 22, 2011, to May 27, 2011, at 2:00 p.m.

The parties have been working toward reaching a pre-indictment resolution of the pending charges. Mr. Griffen has now been indicted. Mr. Griffen is in Michigan. The government and Mr. Griffen continue to work toward a resolution and the defense is engaged in on going investigation. The parties further agree that

1

the above reason constitutes good cause to extend the time for arraignment on the Indictment until May 27, 2011.  Time should be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above.

                                      Respectfully submitted,

Dated: April 18, 2011        /s/ Shari Rusk
                                      Attoreny for Defendant
                                      Jimmie Deshone Griffen


                                      /s/ Todd Leras
                                      Assistant United States Attorney


**ORDER**

    Based on the stipulation of the parties and good cause being shown, the arraignment on the Indictment in this matter is continued to May 27, 2011, at 2:00 p.m.  Time is excluded under the Speedy Trial Act pursuant to the reason stated in the stipulation of the parties.

Dated:  April 19, 2011

                                      _____
                                      KENDALL J. NEWMAN
                                      UNITED STATES MAGISTRATE JUDGE