```
1  SHARI RUSK, Bar. No. 170313
   Attorney at Law
2  P.O. Box 188945
   Sacramento, California  95818
3  Telephone: (916) 804-8656
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 08-197 GEB |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING |
| v. | ) ) | Date:  September 23, 2011 |
| JIMMIE DESHONE GRIFFEN,et.al. | ) ) | Time:  2:00 p.m. Judge: Hon. Gregory G. Hollows |
| Defendants. | ) | |

Defendant Jimmie Deshone Griffen, his undersigned counsel and plaintiff, United States of America, hereby stipulate through their respective attorneys to continue the arraignment on the indictment scheduled for July 22, 2011, to September 23, 2011, at 2:00 p.m.

The parties have been working toward reaching a resolution of the pending charges.  Mr. Griffen has now been indicted.  Mr. Griffen is in Michigan.  The government and Mr. Griffen continue to work toward a resolution and the defense is engaged in on going investigation.  The parties further agree that the above reason

1

constitutes good cause to extend the time for arraignment on the Indictment until September 23, 2011.  Time should be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above.

Respectfully submitted,

Dated: July 18, 2011        /s/ Shari Rusk
                            Attorney for Defendant
                            Jimmie Deshone Griffen


                            /s/ Todd Leras
                            Assistant United States Attorney


**ORDER**

**The requested order is denied without prejudice.  Counsel shall appear July 22, 2011 at 2:00 pm to discuss further scheduling in this case.**


Dated: July 20, 2011
                            /s/ Gregory G. Hollows
                            _____
                            Hon. Judge Gregory G. Hollows
                            United States Magistrate Judge

2