SHARI RUSK, Bar. No. 170313
Attorney at Law
P.O. Box 188945
Sacramento, California  95818
Telephone: (916) 804-8656

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 08-197 GEB |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO MODIFY RELEASE CONDITIONS |
| v. | ) | |
| JIMMIE DESHONE GRIFFEN, et.al. | ) | |
| Defendants. | ) | |

Defendant Jimmie Deshone Griffen, his undersigned counsel and plaintiff, United States of America, hereby stipulate through their respective attorneys to modify the conditions of his pre-trial release to include the following condition:

You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pre-trial services officer.

The parties agree that this condition is appropriate and should be added to the existing conditions of Mr. Griffen's release.

1

```
                                    Respectfully submitted,

Dated: October 6, 2011              /s/ Shari Rusk
                                    Attorney for Defendant
                                    Jimmie Deshone Griffen



                                    /s/ Todd Leras
                                    Assistant United States Attorney
```

**ORDER**

Based on the stipulation of the parties and good cause being shown, the defendant's conditions of pre-trial released are hereby modified to include a condition of counseling under the supervision of pre-trial services.

Dated:   October 6, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge