1  SHARI RUSK, Bar. No. 170313
   Attorney at Law
2  P.O. Box 188945
   Sacramento, California  95818
3  Telephone: (916) 804-8656

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 08-197 GEB |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING PRELIMINARY HEARING |
| v. | ) | |
| | ) | Date:  February 3, 2012 |
| JIMMIE DESHONE GRIFFEN, | ) | Time:  9:00 a.m. |
| | ) | Judge: Hon. Garland E. |
| Defendant. | ) | Burrell, Jr. |

    Defendant Jimmie Deshone Griffen, his undersigned counsel and plaintiff, United States of America, hereby stipulate through their respective attorneys to continue the status conference scheduled for November 18, 2011, to February 3, 2012, at 9:00 a.m.

    The parties have been working toward reaching a resolution of the pending charges.  The defense has discovery and is investigating and reviewing information provided by the government.  Mr. Griffen is in Michigan.  The government and Mr. Griffen continue to work toward a resolution and the defense is engaged in on going investigation.

1

1 | The parties further agree that the above reason constitutes good
2 | cause to extend the time for arraignment on the Indictment until
3 | February 3, 2012.  Time should be excluded pursuant to the Speedy
4 | Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons
5 | stated above.

Respectfully submitted,

Dated: November 17, 2011         /s/ Shari Rusk_____
                                 Attorney for Defendant
                                 Jimmie Deshone Griffen


                                 /s/ Todd Leras_____
                                 Assistant United States Attorney


**ORDER**

   Based on the stipulation of the parties and good cause being shown, the arraignment on the Indictment in this matter is continued to February 3, 2012, at 9:00 a.m.  Time is excluded under the Speedy Trial Act pursuant to the reason stated in the stipulation of the parties.

Dated:  November 17, 2011

                                 _____
                                 GARLAND E. BURRELL, JR.
                                 United States District Judge