1  SHARI RUSK, Bar. No. 170313
   Attorney at Law
2  P.O. Box 188945
   Sacramento, California  95818
3  Telephone: (916) 804-8656

4

5

6

7                IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,      )  CASE NO. 08-197 GEB
                                  )
11               Plaintiff,       )  STIPULATION AND ORDER
                                  )  CONTINUING STATUS CONFERENCE
12 v.                             )
                                  )  Date:  April 27, 2012
13 JIMMIE DESHONE GRIFFEN,et.al.  )  Time:  9:00 a.m.
                                  )  Judge: Hon. Garland E.
14               Defendants.      )  Burrell, Jr.
                                  )
15                                )
                                  )
16                                )
                                  )
17                                )
                                  )
18 _____

19

20     Defendant Jimmie Deshone Griffen, his undersigned counsel and
21 plaintiff, United States of America, hereby stipulate through their
22 respective attorneys to continue the status conference previously set
23 for March 9, 2012 to April 27, 2012 at 9 a.m. and that date is
24 available with the Court.
25      The government and Mr. Griffen are working toward a resolution
26 and the defense is engaged in on going investigation.  The parties
27 further agree that the above reason constitutes good cause to exclude
28 the time until the April 27, 2012 status conference.  Time should be

                                   1

excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above.

Dated: March 1, 2012

Respectfully submitted,

/s/ Shari Rusk
Attorney for Defendant
Jimmie Deshone Griffen

/s/ Todd Leras
Assistant United States Attorney

**ORDER**

It is so ordered.

Dated:  March 5, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge