1  SHARI RUSK, Bar. No. 170313
   Attorney at Law
2  P.O. Box 188945
   Sacramento, California  95818
3  Telephone: (916) 804-8656

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 08-197 GEB |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | ) ) | Date:  September 7, 2012 |
| JIMMIE DESHONE GRIFFEN,et.al. | ) ) | Time:   9:00 a.m. Judge: Hon. Garland E. |
| Defendants. | ) | Burrell, Jr. |

   Defendant Jimmie Deshone Griffen, his undersigned counsel and plaintiff, United States of America, hereby stipulate through their respective attorneys to continue the status conference previously set for June 8, 2012 to September 7, 2012 at 9 a.m. and that date is available with the Court.

   The government and Mr. Griffen are working toward a resolution and the defense is engaged in on going investigation.  The parties further agree that the above reason constitutes good cause to exclude the time until the September 7, 2012 status conference.  Time should

be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above.

                                       Respectfully submitted,

Dated: June 4, 2012        /s/ Shari Rusk
                                     Attorney for Defendant
                                     Jimmie Deshone Griffen

                                 /s/ Todd Leras
                                 Assistant United States Attorney

**ORDER**

It is so ordered.

Dated: June 7, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge