1  SHARI RUSK, Bar. No. 170313
   Attorney at Law
2  P.O. Box 188945
   Sacramento, California  95818
3  Telephone: (916) 804-8656

4

5

6

7                IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,        )  CASE NO. 08-197 GEB
                                    )
11              Plaintiff,          )  STIPULATION AND ORDER
                                    )  CONTINUING STATUS CONFERENCE
12 v.                               )
                                    )  Date:  February 8, 2013
13 JIMMIE DESHONE GRIFFEN,et.al.    )  Time:  9:00 a.m.
                                    )  Judge: Hon. Garland E.
14              Defendants.         )  Burrell, Jr.
                                    )
15                                  )
                                    )
16                                  )
                                    )
17                                  )
                                    )
18

19

20      Defendant Jimmie Deshone Griffen, his undersigned counsel and
21 plaintiff, United States of America, hereby stipulate through their
22 respective attorneys to continue the status conference previously set
23 for January 11, 2012 to February 8, 2013 at 9 a.m. and that date is
24 available with the Court.
25       The government and Mr. Griffen are working toward a resolution
26 and the defense is engaged in on going investigation.  The parties
27 further agree that the above reason constitutes good cause to exclude
28 the time until the February 8, 2013 status conference.  Time should

                                    1

be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above.

                                      Respectfully submitted,

Dated: January 8, 2013           /s/ Shari Rusk  
                                      Attorney for Defendant  
                                      Jimmie Deshone Griffen

                                      /s/ Todd Leras  
                                      Assistant United States Attorney

                                          **ORDER**

It is so ordered.

Dated:  January 9, 2013

_____  
GARLAND E. BURRELL, JR.  
Senior United States District Judge

2