SHARI RUSK, Bar. No. 170313
Attorney at Law
P.O. Box 188945
Sacramento, California  95818
Telephone: (916) 804-8656

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 08-197 GEB |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | ) | Date: May 24, 2013 |
| JIMMIE DESHONE GRIFFEN,et.al. | ) | Time: 9:00 a.m. |
| Defendants. | ) | Judge: Hon. Garland E. Burrell, Jr. |

Defendant Jimmie Deshone Griffen, his undersigned counsel and plaintiff, United States of America, hereby stipulate through their respective attorneys to continue the status conference previously set for April 12, 2013 at 9 a.m. to May 24, 2013 and that date is available with the Court.

The government and Mr. Griffen are working toward a resolution and the defense is engaged in on going investigation.  The parties further agree that the above reason constitutes good cause to exclude the time until the May 24, 2013 status conference.  Time should be

1

excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above.

                                    Respectfully submitted,

Dated: April 9, 2013      /s/ Shari Rusk
                                    Attorney for Defendant
                                    Jimmie Deshone Griffen

                                  /s/ Todd Leras
                                  Assistant United States Attorney

**ORDER**

It is so ordered.

Dated: April 12, 2013

                                _____
                                GARLAND E. BURRELL, JR.
                                Senior United States District Judge