SHARI RUSK, Bar. No. 170313
Attorney at Law
P.O. Box 188945
Sacramento, California  95818
Telephone: (916) 804-8656

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 08-197 GEB |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | ) ) | Date:  August 30, 2013 |
| JIMMIE DESHONE GRIFFEN,et.al. | ) ) | Time:  9:00 a.m. Judge: Hon. Garland E. |
| Defendants. | ) | Burrell, Jr. |

Defendant Jimmie Deshone Griffen, his undersigned counsel and plaintiff, United States of America, hereby stipulate through their respective attorneys to continue the status conference previously set for August 2, 2013 to August 30, 2013 and that date is available with the Court.

The government and Mr. Griffen are working toward a resolution and the defense is engaged in on going investigation.  The parties further agree that the above reason constitutes good cause to exclude the time until the August 30, 2013 status conference.  Time should be

1

excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above.

Respectfully submitted,

Dated: July 25, 2013

/s/ Shari Rusk
Attorney for Defendant
Jimmie Deshone Griffen

/s/ Todd Leras
Assistant United States Attorney

**ORDER**

It is so ordered.

Dated:  July 31, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge