1  SHARI RUSK, Bar. No. 170313
   Attorney at Law
2  P.O. Box 188945
   Sacramento, California  95818
3  Telephone: (916) 804-8656

                 IN THE UNITED STATES DISTRICT COURT

                FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 08-197 GEB |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | Date:  September 13, 2013 |
| JIMMIE DESHONE GRIFFEN,et.al. | Time:  9:00 a.m. |
| Defendants. | Judge: Hon. Garland E. Burrell, Jr. |

   Defendant Jimmie Deshone Griffen, his undersigned counsel and plaintiff, United States of America, hereby stipulate through their respective attorneys to continue the status conference previously set for  August 2, 2013 to September 13, 2013 and that date is available with the Court.

   The government and Mr. Griffen are working toward a resolution and the defense is engaged in on going investigation.  The parties further agree that the above reason constitutes good cause to exclude the time until the September 13, 2013 status conference.  Time should

be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above.

<pre>
                              Respectfully submitted,
Dated: August 29, 2013         /s/ Shari Rusk
                               Attorney for Defendant
                               Jimmie Deshone Griffen


                               /s/ Todd Leras
                               Assistant United States Attorney
</pre>

**ORDER**

It is so ordered.

Dated: September 4, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge