1  SHARI RUSK, Bar. No. 170313
   Attorney at Law
2  P.O. Box 188945
   Sacramento, California  95818
3  Telephone: (916) 804-8656

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 08-197 GEB |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) | STIPULATION AND ORDER |
|  | ) | CONTINUING STATUS CONFERENCE |
| v. | ) |  |
|  | ) | Date:  October 11, 2013 |
| JIMMIE DESHONE GRIFFEN,et.al. | ) | Time:  9:00 a.m. |
|  | ) | Judge: Hon. Garland E. |
| Defendants. | ) | Burrell, Jr. |

   Defendant Jimmie Deshone Griffen, his undersigned counsel and plaintiff, United States of America, hereby stipulate through their respective attorneys to continue the status conference previously set for September 13, 2013 to October 11, 2013 and that date is available with the Court.

   The government and Mr. Griffen are working toward a resolution and the defense is engaged in on going investigation.  The parties further agree that the above reason constitutes good cause to exclude the time until the October 11, 2013 status conference.  Time should

1

be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above.

                                      Respectfully submitted,

Dated: September 12, 2013    /s/ Shari Rusk
                                      Attorney for Defendant
                                      Jimmie Deshone Griffen


                                      /s/ Todd Leras
                                      Assistant United States Attorney


**ORDER**

    It is so ordered.

Dated:  September 19, 2013

                                      GARLAND E. BURRELL, JR.
                                      Senior United States District Judge