1  SHARI RUSK, Bar. No. 170313
   Attorney at Law
2  P.O. Box 188945
   Sacramento, California  95818
3  Telephone: (916) 804-8656

4

5

6

7                IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,        )   CASE NO. 08-197 GEB
                                    )
11               Plaintiff,         )   STIPULATION AND ORDER
                                    )   CONTINUING STATUS CONFERENCE
12 v.                               )
                                    )   Date:  December 13, 2013
13 JIMMIE DESHONE GRIFFEN,et.al.    )   Time:  9:00 a.m.
                                    )   Judge: Hon. Garland E.
14               Defendants.        )   Burrell, Jr.
                                    )
15                                  )
                                    )
16                                  )
                                    )
17                                  )
                                    )
18

19

20      Defendant Jimmie Deshone Griffen, his undersigned counsel and
21 plaintiff, United States of America, hereby stipulate through their
22 respective attorneys to continue the status conference previously set
23 for October 11, 2013 to December 13, 2013 and that date is available
24 with the Court.
25       The government and Mr. Griffen are working toward a resolution
26 and the defense is engaged in on going investigation.  The parties
27 further agree that the above reason constitutes good cause to exclude
28 the time until the December 13, 2013 status conference.  Time should

                                    1

be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above.

<pre>
                                   Respectfully submitted,

Dated: October 7, 2013             /s/ Shari Rusk
                                   Attorney for Defendant
                                   Jimmie Deshone Griffen



                                   /s/ Heiko Coppola
                                   Heiko Coppola
                                   Assistant United States Attorney
</pre>

**ORDER**

It is so ordered.

Dated:  October 8, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge