1  SHARI RUSK, Bar. No. 170313
   Attorney at Law
2  P.O. Box 188945
   Sacramento, California  95818
3  Telephone: (916) 804-8656

4

5

6

7                  IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,        )  CASE NO. 08-197 GEB
                                     )
11                    Plaintiff,     )  STIPULATION AND ORDER
                                     )  CONTINUING STATUS CONFERENCE
12  v.                               )
                                     )  Date:  February 14, 2014
13  JIMMIE DESHONE GRIFFEN,et.al.    )  Time:  9:00 a.m.
                                     )  Judge: Hon. Garland E.
14                    Defendants.    )  Burrell, Jr.
                                     )
15                                   )
                                     )
16                                   )
                                     )
17                                   )
                                     )
18  _____

19

20       Defendant Jimmie Deshone Griffen, his undersigned counsel and

21  plaintiff, United States of America, hereby stipulate through their

22  respective attorneys to continue the status conference previously set

23  for December 13, 2013 to February 14, 2014 and that date is available

24  with the Court.

25       The government and Mr. Griffen are working toward a resolution

26  and the defense is engaged in on going investigation.  The parties

27  further agree that the above reason constitutes good cause to exclude

28  the time until the February 14, 2014 status conference.  Time should

                                    1

1 be excluded pursuant to the Speedy Trial Act, 18 U.S.C. §

2 3161(h)(7)(A) and (B)(iv), for the reasons stated above.

3

                                    Respectfully submitted,
4

Dated: December 9, 2013          /s/ Shari Rusk
5                                Attorney for Defendant
                                 Jimmie Deshone Griffen
6

7

8                                /s/ Paul Hemesath
                                 Paul Hemesath
9                                Assistant United States Attorney

10

11

12                             **ORDER**

13       It is so ordered.

14
Dated:   December 10, 2013
15

16
                             _____
                             GARLAND E. BURRELL, JR.
17                           Senior United States District Judge

18

19

20

21

22

23

24

25

26

27

28

                                      2