1  SHARI RUSK, Bar. No. 170313
   Attorney at Law
2  P.O. Box 188945
   Sacramento, California  95818
3  Telephone: (916) 804-8656

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 08-197 GEB |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | ) ) | Date:  August 15, 2014 |
| JIMMIE DESHONE GRIFFEN, | ) ) | Time:  9:00 a.m. Judge: Hon. Garland E. |
| Defendant. | ) | Burrell, Jr. |

Defendant Jimmie Deshone Griffen, his undersigned counsel and plaintiff, United States of America, hereby stipulate through their respective attorneys to continue the status conference previously set for  June 13, 2014 to August 15, 2014 and that date is available with the Court.

The government and Mr. Griffen are working toward a resolution and the defense is engaged in on going investigation.  The parties further agree that the above reason constitutes good cause to exclude the time until the August 15, 2014 status conference.  Time should be

1

excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above.

```
                              Respectfully submitted,

Dated: June 11, 2014          /s/ Shari Rusk
                                Attorney for Defendant
                                Jimmie Deshone Griffen



                              /s/ Paul Hemesath
                                Paul Hemesath
                                Assistant United States Attorney
```

**ORDER**

It is so ordered.

Dated:  June 12, 2014

```
                              _____
                              GARLAND E. BURRELL, JR.
                              Senior United States District Judge
```

2