Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,       ) | Case No.: CR.S. 08-197 GEB |
|                                 ) | |
|         Plaintiff,              ) | MODIFICATION OF PRE-TRIAL RELEASE CONDITIONS |
|                                 ) | |
|    vs.                          ) | |
|                                 ) | Court:  Hon. Allison Claire |
|                                 ) | |
| Jimmie Deshone Griffen          ) | |
|                                 ) | |
|         Defendant.              | |

     The parties agree and stipulate that the following condition should be added to defendant's conditions of pre-trial release:

     1. You shall participate in the five day inpatient detox program beginning on Monday July 7, 2014 at the Detroit Rescue Mission at 19211 Anglin St, Detroit, Michigan, 48234 and the 28 day substance abuse treatment program at that mission and shall comply with all the rules and regulations of the program.  You shall remain at inpatient facility until released by the pre-trial services officer.

Dated: June 30, 2014              Respectfully submitted,


                                  __/s/ Shari Rusk___
                                  Shari Rusk
                                  Attorney for Defendant

-1-

```
                                Jimmie Deshone Griffen

                                /s/ Paul Hemesath
                                Paul Hemesath
                                Assistant United States Attorney
```

**ORDER**

IT IS SO ORDERED.

DATED: July 1, 2014

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE