1  SHARI RUSK, Bar. No. 170313
   Attorney at Law
2  P.O. Box 188945
   Sacramento, California  95818
3  Telephone: (916) 804-8656

4

5

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

| 10 | UNITED STATES OF AMERICA, | ) | CASE NO. 08-197 GEB |
|---|---|---|---|
| 11 | Plaintiff, | ) ) ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| 12 | v. | ) ) | Date:  October 17, 2014 |
| 13 | JIMMIE DESHONE GRIFFEN, | ) ) | Time:  9:00 a.m. Judge: Hon. Garland E. |
| 14 | Defendant. | ) | Burrell, Jr. |

20    Defendant Jimmie Deshone Griffen, his undersigned counsel and
21 plaintiff, United States of America, hereby stipulate through their
22 respective attorneys to continue the status conference previously set
23 for August 15, 2014 to October 17, 2014 and that date is available
24 with the Court.
25    The government and Mr. Griffen are close to a potential
26 resolution of this matter and the defense is engaged in on going
27 investigation.  The parties further agree that the above reason
28 constitutes good cause to exclude the time until the October 17, 2014

status conference.  Time should be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above.

Respectfully submitted,

Dated: August 11, 2014     /s/ Shari Rusk
                           Attorney for Defendant
                           Jimmie Deshone Griffen


                           /s/ Paul Hemesath
                            Paul Hemesath
                           Assistant United States Attorney




**ORDER**

It is so ordered.

Dated:  August 13, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2