```
SHARI RUSK, Bar. No. 170313
Attorney at Law
P.O. Box 188945
Sacramento, California  95818
Telephone: (916) 804-8656
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JIMMIE DESHONE GRIFFEN,<br><br>　　　　　Defendant. | CASE NO. 08-197 GEB<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE<br><br>Date:　December 12, 2014<br>Time:　9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

　　　Defendant Jimmie Deshone Griffen, his undersigned counsel and plaintiff, United States of America, hereby stipulate through their respective attorneys to continue the status conference previously set for October 17, 2014 to December 12, 2014, and that date is available with the Court.

　　　The government and Mr. Griffen having been involved in extensive plea negotiations, while the defense continues to engage in on going investigation.  The parties further agree that the above reason constitutes good cause to exclude the time until the December

1

12, 2014 status conference.  Time should be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above.

Respectfully submitted,

Dated: October 16, 2014      /s/ Shari Rusk
                             Attorney for Defendant
                             Jimmie Deshone Griffen


                             /s/ Paul Hemesath
                              Paul Hemesath
                             Assistant United States Attorney


**ORDER**

   It is so ordered.

Dated:  October 16, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2