1  SHARI RUSK, Bar. No. 170313
   Attorney at Law
2  P.O. Box 188945
   Sacramento, California  95818
3  Telephone: (916) 804-8656

4

5

6

7                IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,      )  CASE NO. 08-197 GEB
                                  )
11                 Plaintiff,     )  STIPULATION AND ORDER
                                  )  CONTINUING STATUS CONFERENCE
12 v.                             )
                                  )  Date:  February 6, 2015
13 JIMMIE DESHONE GRIFFEN,        )  Time:  9:00 a.m.
                                  )  Judge: Hon. Garland E.
14                 Defendant.     )  Burrell, Jr.
                                  )
15                                )
                                  )
16                                )
                                  )
17                                )
                                  )
18 _____

19

20      Defendant Jimmie Deshone Griffen, his undersigned counsel and
21 plaintiff, United States of America, hereby stipulate through their
22 respective attorneys to continue the status conference previously set
23 for  December 12, 2014, to February 6, 2015 and that date is
24 available with the Court.
25       The government and Mr. Griffen having been involved in
26 extensive plea negotiations, while the defense continues to engage in
27 on going investigation.  The parties further agree that the above
28 reason constitutes good cause to exclude the time until the February

6, 2015 status conference.  Time should be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above.

                              Respectfully submitted,

Dated: December 8, 2014    /s/ Shari Rusk
                              Attorney for Defendant
                              Jimmie Deshone Griffen


                              /s/ Paul Hemesath
                              Paul Hemesath
                              Assistant United States Attorney

                              **ORDER**

It is so ordered.

Dated:  December 9, 2014

                              GARLAND E. BURRELL, JR.
                              Senior United States District Judge