```
SHARI RUSK, Bar. No. 170313
Attorney at Law
P.O. Box 188945
Sacramento, California  95818
Telephone: (916) 804-8656
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 08-197 GEB |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | ) | |
| JIMMIE DESHONE GRIFFEN, | ) | Date:  April 10, 2015<br>Time:  9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |
| Defendant. | ) | |

Defendant Jimmie Deshone Griffen, his undersigned counsel and plaintiff, United States of America, hereby stipulate through their respective attorneys to continue the status conference previously set for February 6, 2015 to April 10, 2015 and that date is available with the Court.

The government and Mr. Griffen having been involved in extensive plea negotiations, investigation and corroboration of essential facts, while the defense continues to engage in on going research and out of state investigation. The parties further agree

1

that the above reason constitutes good cause to exclude the time until the April 10, 2015 status conference.  Time should be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above.

Respectfully submitted,

Dated: February 2, 2015

/s/ Shari Rusk
Attorney for Defendant
Jimmie Deshone Griffen


/s/ Paul Hemesath
Paul Hemesath
Assistant United States Attorney


**ORDER**

It is so ordered.

Dated: February 4, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2