1    SHARI RUSK, Bar. No. 170313
     Attorney at Law
2    P.O. Box 188945
     Sacramento, California  95818
3    Telephone: (916) 804-8656

4

5

6

7                  IN THE UNITED STATES DISTRICT COURT

8                 FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   UNITED STATES OF AMERICA,        )  CASE NO. 08-197 GEB
                                      )
11                      Plaintiff,    )  STIPULATION AND ORDER
                                      )  CONTINUING STATUS CONFERENCE
12   v.                               )
                                      )  Date:   July 10, 2015
13   JIMMIE DESHONE GRIFFEN,          )  Time:   9:00 a.m.
                                      )  Judge:  Hon. Garland E.
14                      Defendant.    )  Burrell, Jr.
                                      )
15                                    )
                                      )
16                                    )
                                      )
17                                    )
                                      )
18   _____

19

20        Defendant Jimmie Deshone Griffen, his undersigned counsel and

21   plaintiff, United States of America, hereby stipulate through their

22   respective attorneys to continue the status conference previously set

23   for April 10, 2015 to July 10, 2015 and that date is available with

24   the Court.

25        The government and Mr. Griffen having been involved in

26   extensive plea negotiations, investigation and corroboration of

27   essential facts, while the defense continues to engage in on going

28   research and out of state investigation.  The parties further agree

                                    1

1   that the above reason constitutes good cause to exclude the time
2   until the July 10, 2015 status conference.  Time should be excluded
3   pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and
4   (B)(iv), for the reasons stated above.

                            Respectfully submitted,

    Dated: April 6, 2015    /s/ Shari Rusk
                            Attorney for Defendant
                            Jimmie Deshone Griffen



                            /s/ Paul Hemesath
                            Paul Hemesath
                            Assistant United States Attorney



                                **ORDER**

            It is so ordered.

    Dated:  April 7, 2015


                            _____
                            GARLAND E. BURRELL, JR.
                            Senior United States District Judge

                                    2