BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:08-CR-00197-GEB |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO TERMINATE PRETRIAL RELEASE SUPERVISION |
| v. | |
| JIMMIE DESHONE GRIFFEN, | COURT: Hon. Edmund F. Brennan |
| Defendant. | |

Defendant JIMMIE DESHONE GRIFFEN has been on pretrial release since September 21, 2009, in the above-captioned case number. At this time Mr. GRIFFEN requests that he be released from supervision. This request applies to supervision only; Mr. GRIFFEN is not requesting that the unsecured bond be terminated.

Mr. GRIFFEN has been working full time since his release in order to support his wife and children in Detroit, Michigan, and there have been no adjudicated violations of supervised release. Furthermore, the government is in the process of reconsidering the charges against Mr. GRIFFEN in light of recent departmental policy changes—specifically, that the government may supersede to convert his charge to one does not carry a mandatory minimum sentence. This change will require additional time and consideration.

The government does not oppose Mr. GRIFFEN's request.

The Court is advised that Pretrial Services Officer Taifa Gaskins has been informed of the

parties' position on termination of supervision.  Officer Gaskins takes no position on termination of supervision, but defers to the Court.

      Mr. GRIFFEN has made aware that he may pretrial supervision may be reinstated at any time.

      Accordingly, Mr. Griffen requests that the Court release him from Pretrial Release Supervision.

Dated:  March 31, 2015                        BENJAMIN B. WAGNER
                                              United States Attorney

                                  By:  /s/ PAUL A. HEMESATH
                                         PAUL A. HEMESATH
                                         Assistant United States Attorney

Dated:  March 31, 2015                        /s/ SHARI RUSK
                                              SHARI RUSK
                                              Counsel for Defendant

## [~~PROPOSED~~] ORDER

      Good cause appearing and for the reasons stated in the stipulation of the parties, Mr. GRIFFEN is hereby released from his pretrial supervision pursuant to 18 U.S.C. § 3145(a).  Such order does not apply to the unsecured bond, which will remain in effect pursuant to its original terms.

DATED:  April 7, 2015.

                                              EDMUND F. BRENNAN
                                              UNITED STATES MAGISTRATE JUDGE