BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:08-CR-00197-GEB |
| Plaintiff, | AMENDED STIPULATION AND ORDER TO TERMINATE PRETRIAL RELEASE SUPERVISION |
| v. | |
| JIMMIE DESHONE GRIFFEN, | COURT: Hon. Kendall J. Newman |
| Defendant. | |

On April 8, 2015, at the request of the parties, the Honorable Judge Edmund F. Brennan issued an order to terminate pretrial release supervision.

Now, at the request of Pretrial Services, the parties stipulate and request the Court to amend the previous order as set forth in the attached proposed order.  The proposed order is amended by adding the words: "…is hereby released from this pretrial supervision, and all conditions of release are removed, pursuant to 18 U.S.C. § 3145(a)."

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1    The change is warranted as a result of Pretrial Services informing the parties that other

2    magistrate judges have recently required that language be included in similar orders.  The previously

3    submitted proposed order did not contain this language, therefore the parties now make this request for

4    amendment.

5

6    Dated:  April 28, 2015                                      BENJAMIN B. WAGNER
                                                                United States Attorney
7

8                                                        By:   /s/ PAUL A. HEMESATH
                                                              PAUL A. HEMESATH
9                                                             Assistant United States Attorney

10

11   Dated:  April 28, 2015                                      /s/ SHARI RUSK
                                                                SHARI RUSK
12                                                              Counsel for Defendant

13

14

15                                    **[PROPOSED] ORDER**

16
        Good cause appearing and for the reasons stated in the stipulation of the parties, JIMMIE
17
     DESHONE GRIFFEN is hereby released from his pretrial supervision, and all conditions of release are
18
     removed,  pursuant to 18 U.S.C. § 3145(a).  Such order does not apply to the unsecured bond, which
19
     will remain in effect pursuant to its original terms.
20

21   Dated:  April 29, 2015

22

23                                                        KENDALL J. NEWMAN
                                                          UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28