1  SHARI RUSK, Bar. No. 170313
   Attorney at Law
2  P.O. Box 188945
   Sacramento, California  95818
3  Telephone: (916) 804-8656

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 08-197 GEB |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | ) | Date:  October 30, 2015 |
| JIMMIE DESHONE GRIFFEN, | ) | Time:  9:00 a.m. |
| Defendant. | ) | Judge: Hon. Garland E. Burrell, Jr. |

Defendant Jimmie Deshone Griffen, his undersigned counsel and plaintiff, United States of America, hereby stipulate through their respective attorneys to continue the status conference previously set for July 10, 2015 to October 30, 2015 and that date is available with the Court.

The government and Mr. Griffen have been involved in extensive plea negotiations, investigation and corroboration of essential facts, while the defense continues to engage in on going research and out of state investigation.  The parties further agree that the above

1

reason constitutes good cause to exclude the time until the October 30, 2015 status conference.  Time should be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above.

```
                                 Respectfully submitted,

Dated: July 7, 2015       /s/ Shari Rusk_____
                              Attorney for Defendant
                              Jimmie Deshone Griffen



                          /s/ Paul Hemesath_____
                            Paul Hemesath
                          Assistant United States Attorney
```

**ORDER**

It is so ordered.

Dated:  July 7, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge