```
 1  SHARI RUSK, Bar. No. 170313
    Attorney at Law
 2  P.O. Box 188945
    Sacramento, California  95818
 3  Telephone: (916) 804-8656
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 08-197 GEB |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | ) | Date: January 15, 2016 |
| JIMMIE DESHONE GRIFFEN, | ) | Time: 9:00 a.m. |
| Defendant. | ) | Judge: Hon. Garland E. Burrell, Jr. |

Defendant Jimmie Deshone Griffen, his undersigned counsel and plaintiff, United States of America, hereby stipulate through their respective attorneys to continue the status conference previously set for October 30, 2015 to January 15, 2016 and that date is available with the Court.

The government and Mr. Griffen have been involved in extensive plea negotiations, investigation and corroboration of essential facts, while the defense continues to engage in on going research and out of state investigation.  The parties further agree that the above

1

reason constitutes good cause to exclude the time until the January 15, 2016 status conference. Time should be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above.

Respectfully submitted,

Dated: October 26, 2015   /s/ Shari Rusk
Attorney for Defendant
Jimmie Deshone Griffen


/s/ Paul Hemesath
Paul Hemesath
Assistant United States Attorney


**ORDER**

It is so ordered.

Dated: October 27, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2