```
SHARI RUSK, Bar. No. 170313
Attorney at Law
P.O. Box 188945
Sacramento, California  95818
Telephone: (916) 804-8656
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 08-197 GEB |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | ) | Date:  March 25, 2016 |
| JIMMIE DESHONE GRIFFEN, | ) | Time:  9:00 a.m. |
| Defendant. | ) | Judge: Hon. Garland E. Burrell, Jr. |

Defendant Jimmie Deshone Griffen, his undersigned counsel and plaintiff, United States of America, hereby stipulate through their respective attorneys to continue the status conference previously set for January 15, 2016 to March 25, 2016 and that date is available with the Court.

The government and Mr. Griffen have been involved in extensive plea negotiations, investigation and corroboration of essential facts, while the defense continues to engage in on going research and out of state investigation. The parties further agree that the above

1

1 reason constitutes good cause to exclude the time until the March 25,
2 2016 status conference.  Time should be excluded pursuant to the
3 Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the
4 reasons stated above.

                                          Respectfully submitted,

Dated: January 11, 2016    /s/ Shari Rusk
                                    Attorney for Defendant
                                    Jimmie Deshone Griffen


                                    /s/ Paul Hemesath
                                    Paul Hemesath
                                    Assistant United States Attorney


**ORDER**

    It is so ordered.


Dated:  January 12, 2016

                                    GARLAND E. BURRELL, JR.
                                    Senior United States District Judge