```
 1  SHARI RUSK, Bar. No. 170313
    Attorney at Law
 2  P.O. Box 188945
    Sacramento, California  95818
 3  Telephone: (916) 804-8656
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 08-197 GEB |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | ) ) | Date:  January 13, 2017 |
| JIMMIE DESHONE GRIFFEN, | ) ) | Time:  9:00 a.m. Judge: Hon. Garland E. |
| Defendant. | ) | Burrell, Jr. |

Defendant Jimmie Deshone Griffen, his undersigned counsel and plaintiff, United States of America, hereby stipulate through their respective attorneys to continue the status conference previously set for October 28, 2016 to January 13, 2017 and that date is available with the Court.

The government and Mr. Griffen have been involved in extensive plea negotiations, investigation and corroboration of essential facts, while the defense continues to engage in on going research and out of state investigation.  The parties further agree that the above

1

reason constitutes good cause to exclude the time until the January 13, 2017 status conference.  Time should be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above.

                              Respectfully submitted

Dated: October 24, 2016     /s/ Shari Rusk
                                Attorney for Defendant
                                Jimmie Deshone Griffen


                              /s/ Paul Hemesath
                              Paul Hemesath
                              Assistant United States Attorney



**ORDER**

    It is so ordered.

Dated: October 25, 2016

                              GARLAND E. BURRELL, JR.
                              Senior United States District Judge