1  SHARI RUSK, Bar. No. 170313
   Attorney at Law
2  P.O. Box 188945
   Sacramento, California  95818
3  Telephone: (916) 804-8656

4

5

6

7              IN THE UNITED STATES DISTRICT COURT

8           FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,        )   CASE NO. 08-197 GEB
                                     )
11                   Plaintiff,      )   STIPULATION AND ORDER
                                     )   CONTINUING STATUS CONFERENCE
12  v.                               )
                                     )   Date:   March 31, 2017
13  JIMMIE DESHONE GRIFFEN,          )   Time:   9:00 a.m.
                                     )   Judge:  Hon. Garland E.
14                   Defendant.      )   Burrell, Jr.
                                     )
15                                   )
                                     )
16                                   )
                                     )
17                                   )
                                     )
18  _____

19

20      Defendant Jimmie Deshone Griffen, his undersigned counsel  and

21  plaintiff, United States of America, hereby stipulate through  their

22  respective attorneys to continue the status conference previously  set

23  for January 13, 2017 to March 31, 2017 if that date is  available

24  with the Court.

25      The government and Mr. Griffen have been involved in  extensive

26  plea negotiations, investigation and corroboration of  essential

27  facts, while the defense continues to engage in on going research  and

28  out of state investigation.  The parties further agree that the  above

                              1

1    reason constitutes good cause to exclude the time until the March  3 1 ,

2    13, 2017 status conference.  Time should be excluded pursuant to  the

3    Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for  the

4    reasons stated above.

5

                          Respectfully submitted

6
Dated: January 10, 2017       /s/ Shari Rusk

7                        Attorney for Defendant
                       Jimmie Deshone Griffen

8

9

10                        /s/ Paul Hemesath
                       Paul Hemesath

11                        Assistant United States Attorney

12

13

14                       **ORDER**

15     It is so ordered.
                  Dated:  January 12, 2017

16

17

25

26                        GARLAND E. BURRELL, JR.

27                        Senior United States District Judge

28

2