SHARI RUSK, Bar. No. 170313
Attorney at Law
P.O. Box 188945
Sacramento, California  95818
Telephone: (916) 804-8656

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08-197 GEB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING STATUS CONFERENCE |
| v. | ) | |
| | ) | Date:  May 12, 2017 |
| JIMMIE DESHONE GRIFFEN, | ) | Time:  9:00 a.m. |
| | ) | Judge: Hon. Garland E. |
| Defendant. | ) | Burrell, Jr. |

Defendant Jimmie Deshone Griffen, his undersigned counsel and plaintiff, United States of America, hereby stipulate through their respective attorneys to continue the status conference previously set for March 31, 2017 to May 12, 2017 and that date is available with the Court.

The government and Mr. Griffen have been involved in extensive plea negotiations, investigation and corroboration of essential facts, while the defense continues to engage in on going research and out of state investigation.  The parties further agree that the above

1

reason constitutes good cause to exclude the time until the May 12, 2017 status conference.   Time should be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above.

                                        Respectfully submitted

Dated: May 12, 2017        /s/ Shari Rusk
                                    Attorney for Defendant
                                    Jimmie Deshone Griffen


                                /s/ Paul Hemesath
                                Paul Hemesath
                                Assistant United States Attorney


                                            **ORDER**

    It is so ordered.


                                Dated:  March 21, 2017

                                                    GARLAND E. BURRELL,
                                                    Senior United States