1  SHARI RUSK, Bar. No. 170313
   Attorney at Law
2  P.O. Box 188945
   Sacramento, California  95818
3  Telephone: (916) 804-8656

4

5

6

7                IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,        ) CASE NO. 08-197 GEB
                                    )
11            Plaintiff,            ) STIPULATION AND ORDER
                                    ) CONTINUING STATUS CONFERENCE
12 v.                               )
                                    ) Date:  September 8, 2017
13 JIMMIE DESHONE GRIFFEN,          ) Time:  9:00 a.m.
                                    ) Judge: Hon. Garland E.
14            Defendant.            ) Burrell, Jr.
                                    )
15                                  )
                                    )
16                                  )
                                    )
17                                  )
                                    )
18 _____

19

20    Defendant Jimmie Deshone Griffen, his undersigned counsel and
21 plaintiff, United States of America, hereby stipulate through their
22 respective attorneys to continue the status conference previously set
23 for May 12, 2017 to September 8, 2017 and that date is available
24 with the Court.
25    The government and Mr. Griffen have been involved in extensive
26 plea negotiations, investigation and corroboration of essential
27 facts, while the defense continues to engage in on going research and
28 out of state investigation.  The parties further agree that the above

                                    1

reason constitutes good cause to exclude the time until the September 8, 2017 status conference. Time should be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above.

Respectfully submitted

Dated: May 9, 2017

It is so ordered.

Dated: May 10, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2

    /s/ Shari Rusk
    Attorney for Defendant
    Jimmie Deshone Griffen

    /s/ Paul Hemesath        Paul Hemesath
    Assistant United States Attorney

**ORDER**

_____