```
 1  SHARI RUSK, Bar. No. 170313
    Attorney at Law
 2  P.O. Box 188945
    Sacramento, California  95818
 3  Telephone: (916) 804-8656

 4

 5

 6

 7                IN THE UNITED STATES DISTRICT COURT

 8              FOR THE EASTERN DISTRICT OF CALIFORNIA

 9

10  UNITED STATES OF AMERICA,     )  CASE NO. 08-197 GEB
                                  )
11             Plaintiff,         )  STIPULATION AND ORDER
                                  )  CONTINUING STATUS CONFERENCE
12  v.                            )
                                  )  Date:  October 27, 2017
13  JIMMIE DESHONE GRIFFEN,       )  Time:  9:00 a.m.
                                  )  Judge: Hon. Garland E.
14             Defendant.         )  Burrell, Jr.
                                  )
15                                )
                                  )
16                                )
                                  )
17                                )
                                  )
18  _____

19

20       Defendant Jimmie Deshone Griffen, his undersigned counsel  and

21  plaintiff, United States of America, hereby stipulate through  their

22  respective attorneys to continue the status conference previously  set

23  for September 8, 2017 to Octobr 27, 2017 and that date is  available

24  with the Court.

25        The government and Mr. Griffen have been involved in  extensive

26  plea negotiations, investigation and corroboration of  essential

27  facts, while the defense continues to engage in on going research  and

28  out of state investigation.  The parties further agree that the  above
```

1

reason constitutes good cause to exclude the time until the October 27, 2017 status conference. Time should be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above.

Respectfully submitted

Dated: September 5, 2017        /s/ Shari Rusk
Attorney for Defendant
Jimmie Deshone Griffen

/s/ Paul Hemesath
Paul Hemesath
Assistant United States Attorney

**ORDER**

It is so ordered.

Dated: September 6, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2