McGREGOR W. SCOTT
United States Attorney
PAUL HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>JIMMIE DESHONE GRIFFEN,<br><br>                Defendant. | CASE NO. 2:08-CR-00197-GEB<br><br>ORDER TO DISMISS WITHOUT PREJUDICE<br><br>COURT: Hon. Garland E. Burrell, Jr. |

**FINDINGS AND ORDER**

For the reasons set forth in the unopposed motion to dismiss filed by the United States,

**IT IS HEREBY ORDERED** that:

The charges against Jimmie Deshone Griffen in the above captioned case are hereby DISMISSED, pursuant to Federal Rule of Criminal Procedure 48(a), without prejudice.

Dated: February 23, 2018

                                            GARLAND E. BURRELL, JR.
                                            Senior United States District Judge